UNITED STATES of America,
Plaintiff–Appellee,

v.

Eric S. HARRIS, Defendant–Appellant.

No. 09–11414
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 20, 2010.

Eric S. Harris, Gainesville, FL, pro se.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before EDMONDSON, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

Mary A. Mills, appointed counsel for Eric S. Harris in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Harris's conviction and sentence is **AFFIRMED.**